UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FRANKLIN BUTLER II,<br><br>                 Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>                 Defendant. | Case No. 23-cv-01487-BAS-VET<br><br>**ORDER WITHDRAWING REFERRAL TO THE MAGISTRATE JUDGE** |

      This action is a Social Security appeal challenging a disability determination. Under General Order 707, *In the matter of General Consent to United States Magistrate Judge in Social Security Cases* (S.D. Cal. Apr. 12, 2019), this case has been referred to the Magistrate Judge "to issue a Report and Recommendation to the assigned District Judge, unless the District Judge directs otherwise." The undersigned hereby withdraws the referral under General Order 707. Accordingly, the Court will resolve this matter without a Report and Recommendation. All scheduling dates remain the same.

<u>Further, the Clerk of Court is directed to substitute Martin O'Malley, Commissioner of Social Security, in place of Defendant Kilolo Kijakaz, the former Acting Commissioner of Social Security.</u>

**IT IS SO ORDERED.**

**DATED: February 15, 2024**

Hon. Cynthia Bashant
United States District Judge